IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CNSP, Inc. d/b/a NMSURF,

    Plaintiff,

v.                                                                          No. 17-CV-00355-KG-SCY

City of Santa Fe,

    Defendant.

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

    This matter is before the Court on Plaintiff CNSP, Inc. d/b/a NMSURF's Motion for a Temporary Restraining Order and Preliminary Injunction, filed on March 21, 2017.  (Doc. 3). The Court reviewed the briefs submitted by the parties and heard oral arguments on the Motion at a hearing on March 30, 2017.  Plaintiff Albert Catanach, Carl Hans Muller, counsel for Plaintiff, and R. Alfred Walker and Marcos D. Martinez, counsel for Defendant were present. Having considered the factors for granting a Temporary Restraining Order and Preliminary Injunction, and for the reasons stated on the record at the hearing, the Court finds that the motion is not well-take and should be DENIED.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 3) is DENIED.

_____
UNITED STATES DISTRICT JUDGE