IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CNSP, INC, doing business
as NMSURF,

    Plaintiff,

v.                                                             Civ. No. 17-355 KG/SCY

CITY OF SANTA FE,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On August 14, 2017, the Court set a telephonic status conference in this matter for 2:00 p.m. on August 21, 2017. Doc. 39. At the appointed date and time, Marcos Martinez, Alfred Walker, and Zachary Chandler appeared on behalf of Defendant. Plaintiff's Counsel, Carl Muller, however, failed to appear. Court staff attempted to contact Plaintiff by phone but was unsuccessful. The Court then vacated the conference.

Under Federal Rule of Civil Procedure 16(f), the Court has discretionary authority to sanction a party for failing to appear at "a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A). Plaintiff is therefore ordered to show cause in writing no later than Friday, **September 1, 2017** as to why the Court should not impose sanctions for Plaintiff's failure to appear at the status conference. Failure to comply with this Order shall constitute an independent basis for sanctions.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

1