IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CNSP, INC. D/B/A NMSURF,

    Plaintiff,

vs.                                                        Civ. No. 17-355 KG/SCY

CITY OF SANTA FE,

    Defendant.

## FINAL ORDER OF DISMISSAL

Having granted Defendant City of Santa Fe's Motion to Dismiss for Failure to State a Claim (Doc. 14), denied Plaintiff's request to amend the Complaint for Declaratory Judgment, Injunctive and Other Relied (Doc. 1), and having declined to exercise supplemental jurisdiction over Plaintiff's state claims, all by a Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal,

    IT IS ORDERED that

    1. the Telecommunications Act (TCA) claims for money damages are dismissed with prejudice;

    2. the TCA claim for a declaration of preemption is dismissed without prejudice;

    3. the federal equal protection claims are dismissed without prejudice;

    4. the requests for other declaratory and injunctive relief based on the TCA and federal equal protection claims are dismissed without prejudice;

    5. the state law claims are dismissed without prejudice; and

6. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE