IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CNSP, INC., *doing business as* NMSURF,

    Plaintiff,

vs.                                                          CIV 17-0355 KG/SCY

CITY OF SANTA FE,

    Defendant.

**<u>ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **<u>WEDNESDAY, MARCH 20, 2019, AT 1:30 PM</u>**. Counsel shall call the AT&T conference line 888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE