IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CNSP, INC. d/b/a NMSURF,

    Plaintiff,

v.                                                        Case No. 17-CV-00355 KG/SCY

ALAN WEBBER,
RENEE VILLAREAL, SIGNE I. LINDELL,
CAROL ROMERO-WIRTH,
CHRIS RIVERA, MICHAEL GARCIA,
LEE GARCIA, JAMIE CASSUT,
AMANDA CHAVEZ,
in their official capacities as mayor
and city councilors of the City of Santa Fe,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order (Doc. 139) filed 9/28/2022, all claims against the Santa Fe Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE